IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DOUGLAS W. JONES-BEY, )
)
    Petitioner, )
) Civil Action No. 04-153 Erie
v. )
)
JAMES SHERMAN, Warden, )
)
    Respondent. )

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on June 3, 2004, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 6], filed on February 23, 2006, recommended that Petitioner's Petition be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondent. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 14th day of March, 2006;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 2] is DENIED.

The Report and Recommendation [Doc. No. 6] of Magistrate Judge Baxter, filed on February 23, 2006, is adopted as the opinion of the Court.

                                          s/   Sean J. McLaughlin
                                               United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge